Rios v. Davis Cnty jail

1:19cv114
11-16-19

To. Honorable Magistrate Judge Evelyn J. Furse

Lodged
FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH
NOV 22 2019
D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

I Christopher E. Rios am writting you today on 11·16·19 to bring you up to date on my circumstances, and limitations I'am facing to successfuly be able to complete with the requirements that is needed from me from the Courts to have a fair chance of winning my Case #1:19-CV-00114-TC. A civil suit Against Davis County Jail. Cause 42:1983 Prisoner Civil Rights for negligence and inadequate Mental/Medical care 10·5·18

On 10·10·19 You granted me my motion for leave to proceed in forma pauperis, My initial fee got waive. from that point on I have been getting moved-relocated- from Utah to Nevada and now California. and have been having dificulties trying to further procced with this case and the motions. On the Way to California the transport officers lost all my paperwork pertaining to this case. Since the arrival to this prison, we have been on lockdown over two weeks limiting me to have law library access or to file motions or to have any much needed councel to get back into motion and fullfill the requirements necessary to move forward with the court procceedings. On 11·13·19 I had my caseworker e-mail The prisoner Litigation Unit witch got assighned to my case on 10·4·19. They e-mailed my case-manager back and stated that I should of recieved an order granting me in forma pauperis application witch is

required to submit my signed consent-to-collection form to the accounting office and mail a copy of the signed consent to the court. As I speak we been on lockdown for the whole prison, I don't have access to a copy machine, law library, a phone or have any access to contact the litigation union, here is also a copy of my inmate balance that the case manager gave me. I have tried everything in my power and ability with the limited options I have while being imprisoned to satisfy and meet deadlines or what is needed by the courts to fullfill all that is required of me. If you can please help me or council me to further procced with this case I will appreciate it alot. Thank you for your time and patience

Sincerely [signature]

Name: Christopher Rios
Reg#: 21396-081
Federal Correctional Institution #1
P.O. BOX 3725
ADELANTO, CA 92301



SN BERNARDINO CA 924
18 NOV 2019 PM 7 L

Magistrate Judge Evelyn J. Furse
United States District Court
District of Utah
351 South West Temple
Salt Lake City, Utah
84101

FBW
11-17-2019
6:10 pm